**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Salvador Antonio DAMIAN LOPEZ, also known as Salvador Cruz Guillen, also know as Salvador Antoni Damian Lopez, also known as Don Chava, also known as Pappy, also known as Apa, Defendant–Appellant.**

**No. 07–51077
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Salvador Antonio Damian Lopez, Petersburg, VA, pro se.

John David Gates, Law Offices of John D. Gates, El Paso, TX, for Defendant–Appellant.

---

Before GARZA, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Salvador Antonio Damian Lopez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Damian Lopez has not filed a timely response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Andre C. Poissant, El Paso, TX, for Defendant–Appellant.

Before GARZA, CLEMENT, and SOUTHWICK, Circuit Judges.

The attorney appointed to represent Jose Angel Rodriguez, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rodriguez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

